# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2022

## NO. 03-21-00100-CV

**Latanya Ann Wilson, Appellant**

**v.**

**Ditech Financial, LLC, Appellee**

**APPEAL FROM THE COUNTY COURT OF FAYETTE COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on February 23, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.